```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GLADYS RIVERA,                                                     :
:
                            Plaintiff,   :
:        20-CV-5332 (JPC)
     -v-                                                         :
:        ORDER
COMMISSIONER OF SOCIAL SECURITY,                                   :
:
                           Defendant.   :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The conference scheduled for November 30, 2020 at 11:00 a.m. is adjourned *sine die*. The deadline for the parties to submit a joint letter (Dkt. 8) is also adjourned *sine die*.

      SO ORDERED.

Dated: October 28, 2020
      New York, New York

                                                         JOHN P. CRONAN
                                          United States District Judge