```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GLADYS RIVERA,

        Plaintiff,

vs.

        Civil Action No.:
        1:20-CV-05332-JPC

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-------------------------------------------------------------X

## ORDER

      AND, NOW, this __2__ day of __March__, 2021, upon consideration of Plaintiff's Motion for an extension of time to file his motion for judgment on the pleadings,

      IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. Plaintiff's motion is due April 12, 2021. All subsequent deadlines are also extended by thirty (30) days.

SO ORDERED:

Entered: March 2, 2021

_____
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE