**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GLADYS RIVERA,

                     Plaintiff,                     20 **CIVIL** 5332 (RWL)

      -v-                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Stipulation and Order dated June 8, 2021, that this action be, and is hereby is reversed and remanded to the Commissioner of Social Security, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further administrative proceedings. Upon remand, the Commissioner shall offer Plaintiff the opportunity for a new hearing and issue a de novo decision.

**Dated:**  New York, New York
        June 9, 2021

                                    **RUBY J. KRAJICK**
                            _____
                                    **Clerk of Court**
**BY:**      K. Mango
                                    _____
                                    **Deputy Clerk**