```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLADYS RIVERA,                                              :
                                                            :    20-CV-5332 (RWL)
                              Plaintiff,                    :
                                                            :
            - against -                                     :    ORDER
                                                            :
COMMISSIONER OF SOCIAL SECURITY,                            :
                                                            :
                              Defendant.                    :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A response to Plaintiff's application for fees, if any, by the Commissioner shall be filed no later than July 23, 2021.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 9, 2021
         New York, New York

Copies transmitted this date to all counsel of record.

1