```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLADYS RIVERA,

                Plaintiff,

      - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------X

20-CV-5332 (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Plaintiff has filed an application for attorney's fees, having successfully obtained remand of her case for further consideration due to error committed by the Administrative Law Judge. The Government agrees that an award of reasonable attorney's fees is appropriate but argues that the time spent by Plaintiff's counsel – 45.5 hours – is excessive. The Court has considered the parties' arguments and concludes that Plaintiff's full fee request, including an additional 2.5 hours for preparing a reply to the Government's opposition to Plaintiff's request for attorney's fees, is well-supported, reasonable, and appropriate. Accordingly, the Court awards Plaintiff reasonable attorneys' fees for 48 hours of work, resulting in a fee award of $10,252.80. In addition, counsel is entitled to reimbursement of costs in the amount of $400.00 for filing fees, which the Government does not oppose.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: August 3, 2021

New York, New York

Copies transmitted this date to all counsel of record.